# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 18-02495-CJC (KKx) | Date | January 23, 2019 |
| Title | James Rutherford v. Lotus Garden Restaurant et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Gabriela Garcia
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [13] filed on January 18, 2019, here by orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

In light of the Notice of Settlement, the Court further orders the Order to Show Cause [12] issued on January 18, 2019 discharged.

- : -

Initials of Deputy Clerk  gga

cc: